Betty BENDALL, Claimant–Appellant,

v.

**A.H. ROBINS COMPANY, INCORPORATED,**
Debtor–Appellee,

v.

**DALKON SHIELD CLAIMANTS' COMMITTEE, Amicus Curiae.**

No. 88–1571.

United States Court of Appeals, Fourth Circuit.

March 22, 1989.

Upon consideration of appellant's pro se letter, which this Court has construed as a motion for reconsideration of the order denying the petition for rehearing,

IT IS ORDERED that appellant's motion for reconsideration is granted, and the petition for rehearing in this case is granted.

IT IS FURTHER ORDERED that the judgment of the United States District Court for the Eastern District of Virginia, at Richmond, is hereby reversed.

Entered at the direction of Judge Russell, with the concurrence of Judge Widener and Judge Chapman.